No. 80–277.  CALLOW *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 80–320.  COSTELLO *v.* BOARD OF APPEALS OF THE TOWN OF CONCORD.  Ct. App. Mass.  Certiorari denied.

No. 80–342.  WOOD WALKER & CO. *v.* MARBURY MANAGEMENT, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–358.  STRICOF *v.* STRICOF.  Ct. App. Mich.  Certiorari denied.

No. 80–366.  GREAT LAKES INTERNATIONAL, INC. *v.* KLUTZNICK, SECRETARY OF COMMERCE, ET AL.; and

No. 80–549.  JACKMAN & CO. ET AL. *v.* GREAT LAKES INTERNATIONAL, INC.  C. A. 2d Cir.  Certiorari denied.  Reported below: 633 F. 2d 203.

No. 80–372.  MITCHELL *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 80–389.  COASTAL PETROLEUM CO. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 80–390.  SMITH *v.* DAWS, POSTMASTER, MIAMI, FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 80–393.  WALLS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 80–395.  MINYE *v.* UNIVERSITY OF MICHIGAN ET AL. C. A. 6th Cir.  Certiorari denied.

No. 80–398.  PIAMBINO ET AL. *v.* SYLVA ET AL.  C. A. 5th Cir.  Certiorari denied.